FILED
OCT 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __LIBERATORE__, __RONALD__ __S.__
         (Last)           (First)        (Middle Initial)

Prisoner Number: __C-39610__

Institutional Address: __SAN QUENTIN STATE PRISON__
__SAN QUENTIN, CALIFORNIA__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter your full name.)
__RONALD STEVENS LIBERATORE__
                vs.
__COMPUTOR TOWN-TRANTULAS__
__& STATE OF CALIFORNIA__

Case No. __CV 18 6579 RS (PR)__
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

(Enter the full name(s) of the defendant(s) in this action.)

## I. Exhaustion of Administrative Remedies.

Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __SAN QUENTIN PRISON__ __HN 35 LOWER__

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: __TWO DIFFERENT WRIT I'VE FILED__
__CASE NUMBERS 17-CV-03270 NC AND__
__CASE NUMBERS 3:18-CV-01556 RS.__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: _____

3. Second formal level: _____

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐   NO ☒

F. If you did not present your claim for review through the grievance procedure, explain why.
SEE CASE NUMBERS 17-CV-03270 NC AND
SEE CASE NUMBERS 3:18-CV-01556 RS.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
RONALD STEVENS LIBERATORE
SAN QUENTIN, STATE PRISON
SAN QUENTIN, CALIFORNIA 94964

B. For each defendant, provide full name, official position and place of employment.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

TO THE COURT, — I'VE FILED TWO DIFFERENT WRITS CASE NUMBERS 17-CV-03270 NC AND 3:18-CV-01556 RS. HERE IS MY THIRD WRIT TO GET RELIEF. IN JULY 1982AD I WROTE THE U.S. PRESIDENT RONALD REAGAN AN 80 PAGE LETTER ABOUT A REVELATION THAT I HAVE/HAD COMING FROM PRISON. BY AUGUST SEPTEMBER 1982AD THE PRESIDENT RONALD REAGAN PUT A FEDERAL AND STATE WATCH A 24 HOUR A DAY WATCH ON MY PRISON CELLS THAT CONTINUES FOR 36 YEARS UNTIL THIS VERY DAY, THE PRESIDENT RONALD REAGAN TAKING INFORMATION, MY HAND PRINTED AND VOICE COMM. INFO. FROM MY PRISON CELL AND FROM WHERE EVER I AM AT.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. I DO NOT WANT TO GO TO THE LIBRARY AND CITE ANY CASE AS HAS BEEN REQUESTED PREVIOUSLY. AND I WANT 3 MILLION, ELEVENTY THOUSAND DOLLARS. AND THEN, ANOTHER MILLION DOLLARS IF NO LEG SURGERY IN 6 MORE MONTHS. SEE STATEMENT OF CLAIM FOR DETAILS. RELIEF 4,431,000.00 MAYBE 6,431,000.00 SEE DETAILS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____        *Ronald S. Liberatore*
                    Date                      Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

III Statement of Claim Continued: Date 10-2-18 AD

...in the prison complex building area. I am talked to by government officials and Sacramento "Computor town" people every waking minute of the day. Now that has gone on for 36 years. In year 1983 AD I said that if you're going to touch my cell by computor or touch my body and mind spirit and soul, comfort me only, because someone was discomforting me starting year 1983 AD. For 9 straight years to year 1991-92 AD I've got major skin scars mostly on my back, from chemical dust burns on my skin, and other areas of my body. I complained. The President heard me and told me to take care of myself by filing a legal writ-this I have over the past two years.

I now have one more writ to file and a number of items to state my claim as follows: See twelve items as follows—

Item One— Since January 1, 2018 AD Trumtucas and his computor town has farted my body-dirtying my body and clothes and making me smell like human waste farting 24 hours a day throughout each day and when I approach crowds of people, when I shave my face and wash-up and getting dressed each morning and farting me when I sit and watch TV and under my blankets at night making me smell bad. It's done by computor the farting, and when I'm eating he farts me. etc. etc. etc. I want paid-relief of 500,000 dollars for this defamming of my presents among the people.

(2.)

**III Statement of Claim Continued Date 10-2-18 AD**

ITEM TWO — Since January 1, 2018 AD and before that time day, week, month, Trantulas and his computor town — "Sacramento" has commanded without my permission my bowel movement took over my bowel movement and when I urinate getting me up many times a night to urinate. My Bowel
✓ movement better be able to discharge human waste
✓ naturally without computor help. I want paid
— a relief of 500,000 dollars for commanding my bowel movement without my permission.
If my bowel movement is unable to dis-
— charge human waste without a computor on it and I need surgery to correct the problem I want a relief paid 1 million dollars.

ITEM THREE — I've been told by federal and state officials in year 1983 AD that "there are no foods" for me to eat. Right now January 1, 2018 AD I'm told by both state official and trantulas and told by computor to my brain that — "You, 1/1/18 well ask for a clean food tray at breakfast and supper or I cannot eat = the first food tray that comes through the food service window in the San Quentin public diningroom and thats everyday I must ask for clean food they said. I have a medical problem in my tibia bone and knee that needs lots of nutrition for my leg —

(3.)

**III Statement of Claim Continued Date 10-2-18 AD**

ITEM THREE CONTINUED:
— THAT HAS A DETERIORATING UPPER TIBIA AND KNEE JOINT AND UPPER LEG ABOVE THE KNEE. I ALSO MUST KEEP MY RED BLOOD CELL COUNT UP TO NORMAL. IT HAS BEEN NOT UP TO NORMAL IN RECENT HISTORY. I NEED TO EAT AT MY AGE 70 YEARS OLD. I AM WAITING FOR FINAL SURGERY ON MY LEFT LEG. FOR THIS TROUBLE ABOUT THE FOOD IN THE DININGROOM AT SAN QUENTIN I WANT PAID 500,000.00 DOLLARS RELIEF. I'VE BEEN FASTING ALOT OF FOOD FROM JANUARY 1, 2018 AD UP TO THIS DAY. TRANTULAS HAS THREATENED TO KILL MY UNCLE CLYDE R. RINKES IF I CONTINUE TO EAT IN THE DININGROOM AT SAN QUENTIN STATE PRISON. I WANT RELIEF OF 1 MILLION DOLLARS FOR THREATENING TO KILL MY 73 YEAR OLD UNCLE CLYDE R. RINKES. IF I EAT IN THE DININGROOM. STATE OFFICIALS ARE WATCH ALL THIS GO DOWN DAILY THE FOOD AND MY UNCLE CLYDE RINKES. WHO SENDS ME $125.00 PERIODICALLY TO LIVE IN PRISON WITH MONEY TO SPEND AT THE CANTEEN HERE. I WANT A RELIEF OF 50,000.00 DOLLARS FOR STATE OFFICIALS AND TRANTULAS SAYING THAT I
✓ CAN'T EAT THE FOOD THAT I BUY AT THE CANTEEN
✓ HERE AND FOR CHANGING THE TASTE OF THE FOOD
✓ IN MY MOUTH BY COMPUTOR — AS I EAT IT. THEY —

(4)

III STATEMENT OF CLAIM CONTINUED 10-2-18 AD

ITEM THREE CONTINUED:
— They, those who have power to talk to me in this cell just said —
"You are not to eat in my Dads diningroom — You're not a man" Time T- 4:44 PM I want a relief of $1,000.00 dollars for repeatedly telling me this — I'm under Romans 14:22-23 this no food to eats violates my faith Ro. 14:23 last verse. I must eat in good faith, under God Alpha and Omega — Jesus Christ and Holy Spirit.

The fact is, State officials are watching Trantulas go all over me January 6, 2018 AD onward. My Human Rights are being violated and including the Nutrition to my Physical Body — I'm being hit!

ITEM FOUR:
I want a relief of $10,000.00 for threatening to confiscate — take away my television (TV). I enjoy and it is my job to watch TV.

ITEM FIVE:
If the State delays another 6 months surgery on my left leg to complete surgery for a bending knee I want 1 million dollars for the State is responsible for the suffering.

(5.)

III STATEMENT OF CLAIM CONTINUED 10-3-18AD

ITEM SIX: AND SINCE JANUARY 1, 2018AD STATE OFFICIALS AND TRANTULAS WITH THEIR COMPUTORS HAVE DAILY AND CONSTANLY-NODDING ME OFF TO SLEEP FOR MINUTES AT A TIME WHILE I WATCH TELEVISION OR READ A BOOK THE BIBLE MAKING ME VERY DROWSY BREAKING MY ABILITY TO CONSCENTRATE ON THE TV SHOW OR THE READING THE BIBLE. AND, FARTING ME AS I COME AWAKE. THIS HAPPENS THROUGHOUT EACH DAY 1-1-18AD TO 10-3-18AD THUS FAR. NOR CAN I REMEMBER WHERE I WAS READING WHEN PUT TO SLEEP BY THEIR COMPUTOR ON MY CELL. THIS HAS INTERFEARED WITH MY INTELLECTUAL ABILITY TO SEE READ AND LEARN. THE STATE OFFICIAL SAYS THAT THEY'RE WATCHING ME NODD OFF TO SLEEP AND WAKE UP AND THAT I SHOULD FILE A WRIT AGAINST TRANTULAS WHO IS THE ONE DOING IT TOO ME. FOR THIS INTERUPTION TO AND UPON MY INTELLECTUAL ABILITY I WANT $500,000.00 PAID TO ME AND ALSO BECAUSE OF THE PUBLICITY ABOUT IT TO MANY OTHER PEOPLE I HEAR THAT EVEN TV ACTORS AND ACTRESSES KNOW ABOUT IT.

ITEM SEVEN: AND I WANT RELEIF OF $50,000 DOLLARS FOR 1-1-18 TO 10-3-18 - COMMANDING MY TV CHANNEL SO THAT I AM UNABLE TO CHANGE THE CHANNEL AND FOR THE INTERFERANCE OF MY TV SCREEN SO THAT I CAN'T WATCH THE SHOW- AND FROM 1-1-18 TO 10-3-18 TELLING ME THAT, "YOU'RE GOING TO DO WHAT YOUR TOLD TO DO."

(6.)

III Statement of Claim Continued 10-3-18AD

From 1-1-18AD to 10-3-18AD

ITEM EIGHT: And for telling me that the State won't operate - Surgery on my left leg to give me a bending knee and to jog again if I don't ask for a second clean food tray each time that I eat in the public San Quenten Diningroom saying that the first food tray can't be eaten by me. I want relief of $10,000.00 paid to me for the daily duress when trying to eat. And because I'm upset "Your Honor" - a Judge. What is Your Honor but State Law.

ITEM NINE: And for the State Official watching me while trantulas takes my ability to memorize Holy Scripture or anything else - taking my memory away with a computer and men and women for January 1, 2018 up to this very day and I'm upset about it. And your idea that you're writing when I am writing and your speaking when I am speaking - all the interupcun by a computur on my cell and body - If So, I Said comfort only upon me helping my writing and book opening and my reading. And for constantly

**III STATEMENT OF CLAIM CONTINUED 10-7-18 AD**

ITEM NINE CONTINUED —
TELLING ME "YOU'RE NOT A HOLY MAN."
I WANT $100,000.00. I AM "BADGERED"
WITH "YOU'RE NOT A HOLY MAN." WHEN
I KNOW WHAT HOLY IS — AGE 6 TO 70 YEARS
OLD. — SAINT AGATHA CATHOLIC CHURCH AND SCHOOL.

ITEM TEN: AND I WANT A RELIEF OF $50,000.00
FOR INSISTING-TELLING ME THAT I
CAN'T EAT MY STORE BOUGHT FOOD AT
OR FROM THE CANTEEN HERE. I WANT
AN INVESTIGATION ON MY STORE
BOUGHT CANTEEN FOOD TOP RAMEN
SOUPS AND NACHO CHEESE CHIPS.
WHAT ARE THEY SELLING ME? AND
THE TEA BAGS ARE SAID TO BE NO
GOOD EITHER — I WANT THE COURT
TO CHECK THIS OUT.
— FROM 1-1-18 AD TO 10-7-18 AD —

ITEM ELEVEN: TRANTULAS AND COMPUTER TOWN HAS
RETARDED MY ABILITY TO MEMORIZE
BIBLE SCRIPTURE AND HAS TAKEN
MEMORIZED SCRIPTURE OUT OF MY
MIND WHEN I SLEEP. FOR RELIEF
I WANT 1 MILLION DOLLARS FOR
TOUCHING MY MIND THIS WAY.
STATE OFFICIALS CAN TESTIFY TO THE TRUTH.

8.

III STATEMENT OF CLAIM CONTINUED 10-11-18ao

ITEM TWELVE: I'VE GOT A MAN BY COMPUTER TALKING TO ME TODAY SAYING THAT HE'S NODDING ME OFF TO SLEEP IN MY CELL ~~UNTIL~~ UNTIL IT GIVES ME A HEART ATTACK AND I DON'T WAKE-UP. THE STATE OF CALIFORNIA IS WATCHING ME AND LISTENING. NOW THE MAN WITH THE POWER LIKE A STATE OFFICIAL TO TALK TO ME IN THIS CELL HAS SAID THAT NOBODY GIVES A DAM AND THAT HE CAN KILL ME AND BECAUSE, "IT'S BECAUSE YOU'RE NOT A MAN ANY MORE!" MY RIGHTS, CITIZENS RIGHTS ARE BEING — BE VIOLATED AND I WANT A RELIEF OF MONEY IN THE AMOUNT OF $100,000.00 FOR THREATENING MY LIFE AND EACH TIME THAT HE NODS ME OFF TO SLEEP ATTEMPTING TO KILL ME. THAT 100,000.00 FOR TODAY 10-11-18 ao.

ALSO, SOMEONE "DUSTED" MY "LAUNDRY BAG" AND THE "CHEMICAL DUST" BURNED MY SKIN ON MY KNEE THAT'S GOING TO LEAVE ANOTHER SCAR! AND I HAVE NO CLEAN PANTS TO WEAR. ALSO THIS WEEK. I WANT $50,000.00 FOR THE CHEMICAL BURN ON MY SKIN ON MY KNEE TODAY. I WANT RELIEF. ALSO TODAY UNDER ITEM TWELVE I'M BEING TOLD THAT I CANNOT FEED MYSELF IN THE SAN QUENTIN STATE DINING ROOM AT SUPPER TONIGHT THAT BOTH THE FIRST FOOD TRAY AND CALLED FOR SECOND FOOD TRAY IS NO GOOD TO EAT IT'S DIRTY. I'VE GOT

(2.)

III Statement of Claim Continued 10-11-18

Item Twelve Continued -
- I've got a medical condition with my left leg upper tibia bone deteriorating daily without a state computor and food = nutrition on it. I need to eat all the food that I can eat a day.
✓ Computor has said that I need alittle food to work
✓ My left knee joint and upper tibia bone. I dont have a proper left knee joint. I'm waiting for more surgery for a new knee joint or an artificial knee. I've been told to ask for a second food tray until yesterday now I am told that both food trays are dirty.

I also want a judge to overrule a story that I have to hand to hand combat - fight in the prison hole or I cannot get out of prison. A man by computor keeps telling me about this frequently lately. And I want $10,000.⁰⁰ for having to listen to this story almost daily. It's because I, in my faith, allowed a technician and computor sexually stimulate me a number of times during the night. I said that, "OK I'll take some and let you know when that's enough" - I look and see sexual stimulation - - of my body. Someone in their faith has called me to a fight a man/homosexual about it - - and not 2 Corinthians 1:24 story faith.

10.

ABOUT STATEMENT OF CLAIM III PAGE 1 TO 9 I WANT AS RELIEF, THE COURT TO INVESTIGATE AND FIND OUT THE TRANTULAS - EXACT NAME - THAT HAS DONE THESE THINGS TO ME. THE STATE OF CALIFORNIA OFFICIALS HAVE BEEN WATCHING ME IN MY CELL ETC. ✓ THEY KNOW ALL THINGS THAT HAVE HAPPENED TO ME AND ✓ WHO EXACTLY DID THINGS. NOW I WANT THE COURT TO AWARD ME $4,431,000.00 TO 6,431,000.00 SEE DETAILS IN THE WRIT PRINTED BY MY OWN HAND. I AM BEING MUTILATED IN HERE IN PRISON AS I HAVE EXPLAINED FROM BEFORE JANUARY 1, 2018AD I WANT THIS COURT TO STOP THE "MUTILATION" PROPHESIED PHILIPPIANS 3:2 HOLY BIBLE.

RESPECTFULLY SUBMITTED,

Ronald S. Liberatore

TIME T - 5:00 PM
10-11-18 AD

TIME T-10:55 PM OCTOBER 17, 2018 NOTE THAT ON MARCH 18, 1981AD AT TIME T-9:38-40 PM I WAS ARRESTED IN EL CAJON CITY CALIFORNIA. THE POLICE WAITED UNTIL T-12:19-20 MINUTES AFTER MIDNIGHT THE 19TH TO PUT ME IN A HOLDING CELL T-12:19-20 AM MARCH 19, 1981AD I'VE BEEN CONFINED FOR 37 YEARS MARCH 18, 2018AD THE CALIFORNIA GOVERNOR AND JUDGE WILLIAM T. WEBSTER (FEDERAL) HAVE SEEN - HEARD "MIND SCANS" OF VARIOUS PEOPLE THAT SHOW THAT I AM NOT GUILTY OF 22 FELONY CHARGES FORCED RAPE ETC. ETC. ETC.